E-FILED 5/21/19

JS-6

| | |
|---|---|
| SEYFARTH SHAW LLP<br>Diana Tabacopoulos (SBN 128238)<br>dtabacopoulos@seyfarth.com<br>David D. Jacobson (SBN 143369)<br>djacobson@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone:  (310) 277-7200<br>Facsimile:   (310) 201-5219<br><br>SEYFARTH SHAW LLP<br>Michael W. Kopp (SBN 206385)<br>mkopp@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone:  (916) 448-0159<br>Facsimile:   (916) 558-4839<br><br>LITTLER MENDELSON, P.C.<br>Rod M. Fliegel (SBN 168289)<br>E-mail:  rfliegel@littler.com<br>Alison S. Hightower (SBN 112429)<br>E-mail:  ahightower@littler.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 433-1940<br>Facsimile:    (415) 399-8490] | BRADLEY/GROMBACHER LLP<br>Marcus J. Bradley (SBN 174156)<br>mbradley@bradleygrombacher.com<br>Kiley Lynn Grombacher (SBN 245960)<br>kgrombacher@bradleygrombacher.com<br>Taylor L. Emerson (SBN 225303)<br>temerson@bradleygrombacher.com<br>2815 Townsgate Road, Suite 130<br>Westlake Village, CA  91361<br>Telephone:  805-270-7100<br>Facsimile:   805-270-7589<br><br>LAW OFFICES OF SAHAG MAJARIAN II<br>Sahag Majarian II<br>sahagii@aol.com<br>18250 Ventura Blvd.<br>Tarzana, CA  91356<br><br>Telephone:  (818) 609-0807<br>Facsimile:   (818) 609-0892<br><br>Attorneys for Plaintiff<br>SHIRLEY GARCIA |

Attorneys for Defendant
GATE GOURMET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY GARCIA, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>GATE GOURMET, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>     Defendants. | Case No. 2:19-cv-01075-PSG-MAA<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL AND APPROVAL OF FLSA SETTLEMENT**<br><br>Complaint Filed:  1-9-2019 |

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL AND APPROVAL OF FLSA SETTLEMENT
56063413v.1

## **ORDER**

IT IS HEREBY ORDERED that case number 2:19-cv-01075-PSG-MAA, and all causes of action and all parties in the Action set forth in the Complaint and Plaintiff's Fair Labor Standards Act claims are dismissed with prejudice. The Rule 23 claims are dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: 5/20/19

**PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez
Judge of the United States District Court